AO 106 (Rev. 04/10) Application for a Search Warrant          AUTHORIZED AND APPROVED/DATE: s/Nick Coffey 3/4/2024

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )          Case No. MJ-24- 196 -SM
)
The installation and use of a tracking device in UPS )
parcel identified by tracking number )
1ZWA30970124935273 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A.

located in the _____Western_____ District of _____Oklahoma_____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Drug Conspiracy |
| 21 U.S.C. § 841(a)(1) | Manufacturing, possessing, distributing and/or selling of controlled substances |

The application is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Christopher Donovan, Special Agent (HSI)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3-4-24

*Judge's signature*

City and state: Oklahoma City, Oklahoma          SUZANNE MITCHELL, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION AND USE OF A TRACKING DEVICE IN A UPS PARCEL IDENTIFIED BY TRACKING NUMBER 1ZWA30970124935273 | M-24-196-SM<br><br>Filed Under Seal |

### AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A TRACKING WARRANT

I, Christopher Donovan, being duly sworn, depose and state the following:

### INTRODUCTION AND OFFICER BACKGROUND

1.      I make this affidavit in support of an application for a search warrant under Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 3117 to authorize the installation and monitoring of a tracking device in a UPS parcel, identified by tracking number 1ZWA30970124935273 (the **PARCEL**), destined for a residence located at 3804 South Brookline Avenue, Oklahoma City, Oklahoma 73119 (**PREMISES**). Based on the facts set forth in this Affidavit, I believe that the **PARCEL** is presently being used in furtherance of the distribution of controlled substances, in violation of 21 U.S.C. § 841(a)(1), and a conspiracy to do the same, in violation of 21 U.S.C. § 846, and that there is probable cause to believe that the installation of a tracking device in the

1

**PARCEL** and use of the tracking device will lead to evidence, fruits, and instrumentalities of the aforementioned crimes, as well as to the identification of individuals who are engaged in the commission of those and related crimes.

2. I am a federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41, that is, a government agent empowered by law to conduct investigations of and to make arrests for violations of federal law, including those in enumerated in Title 21 of the United States Code. I have been employed as a Homeland Security Investigations (HSI) Special Agent since January 2023. I am presently assigned to the HSI office in Oklahoma City, Oklahoma (hereinafter referred to as HSI Oklahoma City). Prior to my federal law enforcement service, I was employed as a police officer with the Houston Police Department for six years, where I conducted numerous criminal investigations including, but not limited to, violent crimes and narcotics offenses.

3. I have been involved in a wide variety of investigative matters, including the unlawful importation and distribution of controlled substances in violation of Title 21 U.S.C. § 841(a)(1) and 846. While employed by HSI, I have received approximately 24 weeks of specialized training at the Federal Law Enforcement Training Center on the enforcement of federal laws. I have arrested individuals who have been involved and have personal knowledge of transporting

2

and concealing controlled substances. I have testified in judicial proceedings concerning the prosecution for violations of laws related to the smuggling and trafficking of contraband, including controlled substances. I have participated in the execution of search and arrest warrants, conducted physical surveillance, and analyzed records documenting the purchase and sale of illegal drugs. I have also researched subjects and have spoken with other local and federal law-enforcement officers regarding the manner in which drug distributors obtain, finance, store, manufacture, transport, and distribute drugs. Through my training and experience, I have become familiar with some of the manners in which illegal drugs are imported, distributed, and sold, as well as the methods used by drug smugglers to disguise the source and nature of their profits.

4. The facts in this affidavit are based upon my personal observations, my training and experience, reports provided to me by other law enforcement officers, and statements made by witnesses and other concerned parties. Since this affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, I have not included each and every fact known to me concerning this investigation.

## **PROBABLE CAUSE**

5. On February 23, 2024, Special Agents and Task Force Officers (TFO) assigned to HSI Louisville were conducting interdiction operations at the

3

UPS (United Parcel Service) World Port, located in Louisville, Kentucky. TFOs located an expedited service **PARCEL** being shipped from a known source region of narcotics distribution (southern California) to "Cheryl Newman" at the **PREMISES**, located in the Western District of Oklahoma. TFOs conducted a visual and physical examination of the **PARCEL**'s exterior, which based upon their training and experience, presented indicators of a parcel containing narcotics or dangerous drugs. United States Customs and Border Protection (CBP) Canine Officer Daniel Melvin, along with his drug-sniffing canine "Gas" (K9 Gas), conducted an external examination of the **PARCEL** addressed to the **PREMISES**. K9 Gas is trained and certified to inspect for the presence of drug odors and is currently certified to do so. CBP Officer Melvin advised that K9 Gas indicated a positive alert on the **PARCEL** for the odor of a controlled substance. Due to the positive K9 alert for narcotics, the **PARCEL** was detained for further investigation. On February 26, 2024, TFOs applied for and received a state search warrant authorizing them to open and search the **PARCEL**. On February 27, 2024, the warrant was executed, at which time the **PARCEL** was opened and found to contain approximately 1.07 kilograms of a white powdery substance that field tested positive for fentanyl.

6.     Using law enforcement indices, open-source databases, and physical surveillance, HSI Oklahoma City agents were unable to locate anyone at

the **PREMISES** address by the name of "Cheryl Newman".

7.      Based on my training and experience, I know, first, that drug traffickers will often list false or fictitious names for the shipper and addressee when mailing drugs, and second, that this is to avoid detection by law enforcement or being associated with the shipment of controlled substances.

8.      Special agents with HSI Oklahoma City and other members of law enforcement seek to execute a controlled delivery of this **PARCEL** to the **PREMISES** within approximately the next week. Law enforcement has removed all of the actual fentanyl from the **PARCEL** prior to the anticipated delivery and replaced it with a sham substance that looks like fentanyl but is not.

9.      I know based upon my training and experience that 1.07 kilograms of fentanyl is a distributable amount, and I thus believe that the fentanyl seized from the **PARCEL** was intended to be further distributed up the **PARCEL** being opened. Tracking the location of the **PARCEL** will further the investigation by helping law enforcement in identify co-coconspirators and relevant locations.

## AUTHORIZATION REQUEST

10.     Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 3117, that authorizes members of the HSI or their authorized representatives, including but not limited to other law enforcement agents and technicians assisting

5

in the above-described investigation, to install a tracking device in the **PARCEL** within the Western District of Oklahoma within the ten (10) days of issuance of the proposed warrant, to maintain, repair, and/or replace the tracking device as necessary, and to remove the tracking device from the **PARCEL** after the use of the tracking device has ended, and to monitor the tracking device for a period of 45 days following the issuance of the warrant, including when the tracking device is inside private garages and other locations not open to the public or visual surveillance, both within and outside the Western District of Oklahoma.

11.     In accordance with 18 U.S.C. § 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), I further request that the warrant delay notification of the execution of the warrant for 90 days after the end of the authorized period of tracking (including any extensions thereof) because there is reasonable cause to believe that providing immediate notification may have an adverse result, as defined in 18 U.S.C. § 2705. This is an ongoing investigation that involves several subjects and involves the shipment of fentanyl to and from individuals who appear to be using false names and address information to help conceal their ongoing criminal activity. It is anticipated that this investigation may continue for a period of several additional months. Providing immediate notice would seriously jeopardize the ongoing investigation by prematurely revealing its existence and giving suspects an opportunity to flee from prosecution, destroy or tamper with evidence, intimidate

potential witnesses, notify confederates, and change patterns of behavior.

Respectfully submitted,

_____
Christopher Donovan
Special Agent, HSI

Subscribed and sworn to before me this 4TH day of March 2024.

_____
Suzanne Mitchell
United States Magistrate Judge

7